State vs. Stone.

STATE VS. STONE.

*Repeal of penal statute.*

Since the repeal of section 6, ch. 273 of 1874, judgment will not go against one convicted of a misdemeanor under that section, upon complaint entered prior to the repeal. *Rood v. Railway Co., ante*, p. 146.

ON EXCEPTIONS from the Circuit Court for *Dane* County.

In May, 1874, a complaint was entered in the municipal court of the city of Madison, charging the defendant with a misdemeanor in receiving, as agent of the Chicago, Milwaukee & St. Paul Railway Company at Madison, compensation for the carriage of a certain person on said company's road from Madison to Janesville, at a greater rate than that prescribed by the

statute. Secs. 2 and 6, ch. 273 of 1874. Such proceedings were then had in the municipal court, that, in July following, defendant was found guilty of the offense charged, and fined $50; and he appealed to the circuit court. The cause coming on for trial in that court in November, 1877, a motion to dismiss the action and discharge the defendant was denied; he was found guilty; a motion in arrest of judgment was denied; and the cause was brought to this court on defendant's exceptions.

RYAN, C. J. The penalty and the prosecution went with the repeal of the statute. *Rood v. Railway Co., ante,* p. 146. All the exceptions in the court below were therefore well taken; and the defendant is entitled to arrest of judgment on the verdict.

*By the Court.* — Exceptions sustained.